AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 19 2025

MITCHELL R. ELFERS
CLERK OF COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jeffrey Ramon DIAZ | ) | Case No. 25-494MJ |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____Chaves_____ in the
_____ District of _____New Mexico_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844(e) | Bomb threats through the use a cellular device |

This criminal complaint is based on these facts:
See attached "Affidavit"

☑ Continued on the attached sheet.

COLTON RYALS
Digitally signed by COLTON RYALS
Date: 2025.03.18 14:47:09 -06'00'

*Complainant's signature*

Colton Ryals ATF Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 19, 2025

*Judge's signature*

City and state:  Las Cruces, NM   - by telephone. JHR   Jerry H. Ritter  U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT

1. Your Affiant, Colton Ryals, is a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and has been so employed since November 2023. Prior to ATF, your Affiant was employed by the Saint Clair County Sheriff's Office in Alabama as a Deputy. As part of the training to become an ATF Special Agent, your Affiant attended six months of specialized training sponsored by the Federal Law Enforcement Training Center in Glynco, Georgia. As a result of this training, your Affiant has been certified as a federal investigator and has received specific training involving violations of federal laws. Your Affiant has also received ATF specific training in the determination of probable cause and in the use of warrants and complaints to enforce federal firearms laws. Your Affiant is currently assigned to the Las Cruces, New Mexico Field Office.

2. Your Affiant, being duly sworn, states the following to be true and correct to the best of his knowledge and belief based upon his personal observations and from information provided by knowledgeable law enforcement agents who are involved in the investigation of **Jeffrey Ramon DIAZ**. The facts outlined in this narrative are not meant to be a complete narrative of all that has occurred in connection with this investigation but are only a summary of facts necessary to set forth probable cause in support of the arrest warrant and does not purport to set forth all the Affiant's knowledge regarding this investigation.

## RELEVANT STATUTES AND DEFINITIONS

3. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws and know that it is a violation of Title 18 United States Code § 844(e) for any person through the use of a telephone to willfully make any threat to kill, injure, or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property by means of a fire or an explosive.

1

## OVERVIEW OF THE INVESTIGATION

4. On or about February 14, 2025, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent (SA) Colton Ryals received information that two bomb threats were made to the area of New Mexico State University (NMSU) and the Dona Ana Magistrate Court in Las Cruces, NM. SA Ryals then received further information that there were similar threats made to locations in Los Alamos, NM and Albuquerque, NM.

5. ATF, LCPD, FBI, and Court Security responded to the threats made in Las Cruces, NM. K9's cleared the scene without incident.

6. Law enforcement officers that heard the threats determined that due to the voice and phone number that was utilized the threats appeared to be coming from the same individual. Further, on a voicemail left with the Dona Ana Magistrate Court, the individual stated that his name was Jeffrey Ramon DIAZ and that his phone number was 575-416-3085. It was learned that DIAZ had recent court cases in Dona Ana, Roswell, and other courts across the state of NM.

7. It was then learned that DIAZ resides in Roswell, NM and lives at a residence located at 3860 E Pine Lodge Rd. Roswell, NM 88201. An ATF Agent in Roswell, NM as well as local authorities in Roswell, NM were alerted of DIAZ's actions, and he was encountered by Chaves County Sheriff's Office at his residence. Chaves County Sheriff's Office indicated that DIAZ admitted to making the bomb threat. An interview of DIAZ was attempted by an ATF Agent, but he would not agree to speak with the agents after he was read his Miranda Rights. The interview was then terminated. DIAZ was subsequently arrested due to a warrant out of Bernalillo County, New Mexico.

8. An ATF Special Agent in Roswell, NM then traveled to 3680 E. Pinelodge Rd. Roswell, NM 88201 to meet with the family of DIAZ for a consensual interview regarding where DIAZ typically resides and where his belongings would likely be kept. An ATF agent

2

encountered Anita Salas, who identified herself as DIAZ's mother. Salas stated that he lives in a trailer on the property, but his phone is currently in a different trailer where she lives and is in her possession. The ATF agent asked Salas if he could take the phone to which she handed it to the agent willingly. To corroborate that the phone was the phone used to make the bomb threats, agents called the phone number (575) 416-3085. The phone that had been received from Salas rang and displayed the phone number from which another ATF agent was calling from.

9. A Search Warrant for the cellular phone was completed and then permitted. ATF SA Ryals viewed the data that was extracted from the cellular phone and observed numerous calls made on February 14th, 2025.

10. Your Affiant obtained and reviewed information from three recorded phone calls.

11. At approximately 3:27 P.M. on February 14th, 2025, the cellular phone was utilized to contact 505-841-8400, the Second Judicial District Court in Bernalillo County, NM. The phone call was directed towards a Second Judicial District Judge in NM (Victim 1). The following is a written transcript of what was said during the phone call:

   a. "This is *Perdido* [translates to "Lost" in English] Jeffrey Ramon DIAZ, I am threatening you, I am threatening your f*****g life (Victim 1) and your f*****g building. I am going to blow you f*****g bitches up. I'm going to set you on fire. I'm going to rape your f****g family. I'm going to f*****g follow you, you f*****g f****ts."

12. At approximately 3:31 P.M. on February 14th, 2025, the cellular phone was utilized to contact 855-268-7804, the Dona Ana Magistrate Court recorded line. The following is a written transcript of what was said during the phone call:

   a. Operator: "Good morning thank you for calling New Mexico Courts…"

b. DIAZ: "Hi, good morning, my name is *Perdido* [translates to "Lost" in English] Jeffrey Ramon DIAZ, I'm calling in a f*****g bomb threat, you f*****g slut, I'm setting your place on f*****g fire. Do you understand? I'm calling in a f*****g bomb threat, explosions, you f*****g slut."

13. On February 14th, 2025, at approximately 10:41 A.M. EST, the cellular phone was utilized to contact 202-224-5521, a United States Senator's Office. The following is a written transcript of what congressional staff stated that they heard during the phone call:

    a. "I am calling everyday threatening to bomb you motherf***ers."

14. Your Affiant knows that the cellular phone utilizes TracFone for cellular network access which is a large wireless service provider that offers service throughout the United States.

## CONCLUSION

15. Based on the preceding information, it is your Affiant's belief that on February 14th, 2025, in Chaves County of the District of New Mexico, Jeffrey Ramon DIAZ violated Title 18 United States Code § 844(e) by utilizing a cellular phone to make threats of violence against multiple locations throughout the United States.

16. This complaint was reviewed and approved by AUSA Christopher McNair

Respectfully submitted,

COLTON RYALS  Digitally signed by COLTON RYALS
Date: 2025.03.18 14:46:13 -06'00'

Colton Ryals
ATF Special Agent

Subscribed and sworn to me on ___March 19,_____, 2025
         - by telephone.  JHR

_____
The Honorable Jerry H. Ritter

United States Magistrate Judge